UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00263

**Jason Price,**
*Plaintiff,*

v.

**Wendy Anderson, et al.,**
*Defendants.*

Before BARKER, *District Judge*

**ORDER**

Plaintiff Jason Price, an inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 21, 2019. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On December 30, 2019, Judge Mitchell entered a report and recommendation that the case be dismissed without prejudice for want of prosecution. Doc. 17. A copy of this report was mailed to plaintiff at this last known address and later returned as undeliverable. Doc. 18.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)). Here, there is no clear error.

Accordingly, the report and recommendation (Doc. 17) is **adopted**. All claims in this matter are **dismissed without prejudice**. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on January 28, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge